**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ZVIAD ELBAKIEV,** | : |
| Petitioner, | : |
| | : |
| **v.** | :  **Civil No. 2:26-cv-04793-JLS** |
| | : |
| **MARKWAYNE MULLIN,** *et al.*, | : |
| Respondents. | : |

## ORDER

**AND NOW**, this 10th day of July, 2026, **IT IS HEREBY ORDERED** that Respondents shall file any opposition to the request for the petition for a writ of habeas corpus on or before **July 15, 2026, at 5:00 PM.**

It is further **ORDERED** that the respondents shall not take any actions to remove the Petitioner from the United States while this Petition is pending.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge