**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ZVIAD ELBAKIEV,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **Civil No. 2:26-cv-04793-JLS** |
| | : | |
| **MARKWAYNE MULLIN, *et al.*,** | : | |
| Respondents. | : | |

**<u>ORDER</u>**

**AND NOW**, this 15th day of July, 2026, upon consideration of Zviad Elbakiev's ("Petitioner") Petition for Writ of Habeas Corpus (ECF No. 1) and the Government's Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 4), **IT IS HEREBY ORDERED** that the Petition (ECF No. 1) is **GRANTED**[1] as follows:

1. Zviad Elbakiev is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

2. The Government shall **RELEASE** Zviad Elbakiev from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than **5:00 p.m. ET on July 16, 2026.**

---

[1] Petitioner, a noncitizen from Russia, entered the country on December 24, 2021 and was granted parole. ECF No. 1, Pet. ¶¶ 28, 35. On July 9, 2026, days before he was scheduled for an in-person interview on his Petition for Alien Relative and Application to Register Permanent Residence of Adjust Status, Petitioner was arrested and detained by ICE pursuant to 8 U.S.C. § 1225(b)(2)(A). *Id*. ¶¶ 39, 42.

Respondents assert that the Petition should be denied because Petitioner is lawfully detained pursuant to 8 U.S.C. § 1225(b)(2)(A) and his detention does not violate constitutional due process. Based on the Court's previous opinions, the decisions of all the judges who have considered the issue in the district, *see e.g.*, *Cantu-Cortes v. O'Neill*, No. 25-cv-6338, 2025 WL 3171639, at *1-2 (E.D. Pa. Nov. 13, 2025), the Court finds Petitioner cannot be detained under § 1225(b)(2)(A). Petitioner's current detention is therefore illegal, and he is entitled to relief. Mr. Elbakiev's petition for a writ of habeas corpus will be granted and he shall be immediately released.

3. If the Government chooses to pursue re-detention of Zviad Elbakiev pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R. §§ 1236.1 (c)(8), (d)(1), etc.;

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge