**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ZVIAD ELBAKIEV,** | : |
| Petitioner, | : |
| | : |
| **v.** | :   **Civil No. 2:26-cv-04793-JLS** |
| | : |
| **MARKWAYNE MULLIN, *et al.*,** | : |
| Respondents. | : |

## ORDER

**AND NOW**, this 20th day of July, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 6), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.